**RAVA LAW FIRM**
Alfred G. Rava (SBN 188318)
3667 Voltaire Street
San Diego, CA 92106
Tel: 619-238-1993
Fax: 619-374-7288
Email: alrava@cox.net

*Attorneys for Plaintiffs
and the Proposed Classes*

**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310-315-8200
Facsimile: 310-315-8210

K. Issac deVyver (admitted *pro hac vice*)
kdevyver@mcguirewoods.com
Karla L. Johnson (admitted *pro hac vice*)
kjohnson@mcguirewoods.com
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-6000
Facsimile: 412-667-6050

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDR MAYSTRENKO and EKATERINA MAISTRENKO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO, N.A.,<br><br>Defendant. | CASE NO. 3:21-cv-00133-JD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. James Donato |

Plaintiffs Alexandr Maystrenko and Ekaterina Maistrenko, and Defendant Wells Fargo Bank, N.A., by and through their undersigned counsel, hereby stipulate and agree to the dismissal of all of Plaintiffs' claims against Defendant, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear their or its own costs and attorneys' fees.

DATED: August 23, 2022    Respectfully submitted,

**RAVA LAW FIRM**

By: */s/ Alfred G. Rava*
    Alfred G. Rava (SBN 188318)
    3667 Voltaire Street
    San Diego, CA 92106
    Tel: 619-238-1993
    Fax: 619-374-7288
    Email: alrava@cox.net

*Attorneys for Plaintiffs and Proposed Classes*

**MCGUIREWOODS LLP**

By: */s/ K. Issac deVyver*
    K. Issac deVyver (admitted *pro hac vice*)
    Karla L. Johnson (admitted *pro hac vice*)
    Tower Two-Sixty
    260 Forbes Avenue, Suite 1800
    Pittsburgh, PA 15222
    Telephone: 412-667-6000
    Facsimile: 412-667-6050

    Anthony Q. Le (SBN 300660)
    1800 Century Park East, 8th Floor
    Los Angeles, CA 90067
    Telephone: 310-315-8200
    Facsimile: 310-315-8210

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: August 23, 2022                                By: */s/ Alfred G. Rava*_____